IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEBBIE K. JOHNSON                                                                                    PLAINTIFF

v.                                          NO. 5:09CV00211 JLH

ST. JOHN'S PLACE OF ARKANSAS, LLC;
SUMMIT HEALTH RESOURCES, LLC;
AMANDA COOK; ROSS PONTHIE;
and JOHN PONTHIE                                                                                 DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 30th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE